| | |
|---|---|
| 1 | DENTONS US LLP |
| 2 | LAURA LEIGH GEIST (Bar No. 180826) |
|   | laura.geist@dentons.com |
| 3 | 525 Market Street, 26th Floor |
|   | San Francisco, California  94105-2708 |
| 4 | Telephone:  (415) 882-5000 |
|   | Facsimile:   (415) 882-0300 |

Attorneys for Defendants
AMERICAN EQUITY INVESTMENT LIFE INS. CO. and AMERICAN EQUITY INVESTMENT SERVICE CO.

BONNETT, FAIRBOURN, FRIEDMAN, P.C.
ANDREW S. FRIEDMAN (*Pro Hac Vice*)
afriedman@bffb.com
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Telephone: (602) 274-1100
Facsimile:  (602_ 274-1199

ROBBINS GELLER RUDMAN
 & DOWD LLP
THEODORE J. PINTAR (131372)
tedp@rgrdlaw.com
STEVEN M. JODLOWSKI (239074)
sjodlowski@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, California  92101
Telephone:  (619) 231-1058
Facsimile:   (619) 231-7423
Co-Lead Class Counsel

HAGENS BERMAN SOBOL
  SHAPIRO LLP
ELIZABETH A. FEGAN
(*Pro Hac Vice*)
beth@hbsslaw.com
1144 West Lake Street, Suite 400
Oak Park, IL 60301
Telephone: (708) 628-4949
Facsimile: (708) 628-4950

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re AMERICAN EQUITY ANNUITY PRACTICES AND SALES LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No.<br><br>CV-05-6735-CAS (MANx)<br>CV06-388-CAS(MANx)<br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER ON STIPULATION REGARDING SETTLEMENT IMPLEMENTATION SCHEDULE POST APPEAL** |

CV-05-06735-CAS (MANX)　　　　　　　　　　　　　[PROPOSED] ORDER ON STIPULATION
REGARDING SETTLEMENT
IMPLEMENTATION SCHEDULE
POST APPEAL

Pursuant to stipulation of the Parties, this Court's Order of March 24, 2014 (Dkt. No. 262), and for good cause shown, it is SO ORDERED:

That the following deadlines from the settlement agreement for the administrator to notify claimants of the determination of their claims, and for claimants to surrender their active policies pursuant thereto, and for payment of benefits to the class be set as follows[1], triggering from Mr. Cao's last day to petition the U.S. Supreme Court for a writ of certiorari, July 5, 2016:

| Event | Settlement Agreement Term | Stipulated Date |
|---|---|---|
| Final Settlement Date | 91st day following Ninth Circuit's Denial of rehearing *en banc*. | 7/6/16 |
| Administrator shall serve report regarding claim review to Court, class counsel, and counsel for defendant. | | 7/22/16 |
| Administrator shall serve Excel spreadsheet regarding claim information to class counsel and counsel for defense. | | 7/22/16 |
| Administrator shall mail claim determination notice to claimants. | | 7/22/16 |
| Implementation Date | 10th day of 2d calendar month following Final Settlement Date. | 9/12/16[2] |
| Last day for defendant to provide notice to Administrator of SCRB refund amounts. | 60 days from Implementation Date. | 11/11/16 |
| Last day for defendant to certify that to the Court all SCRB have been distributed. | 120 days from Implementation Date. | 1/10/17 |

---

[1] All other events and deadlines provided for in the settlement agreement shall remain unchanged.
[2] This date has been advanced to the first business day following Saturday, 9/10/16.

| Event | Settlement Agreement Term | Stipulated Date |
|---|---|---|
| Last day for class counsel to return defendant's materials and materials produced by defendant to defendant or verify destruction of such materials. | 60 days from Implementation Date. | 3/10/17 |

IT IS SO ORDERED.

DATED:  7/7/2016

_____
HON. CHRISTINA A. SNYDER
JUDGE, U.S. DISTRICT COURT